# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Luis Acosta

                      Plaintiff,

v.                                     Case No.: 1:15−cv−08942
                                                      Honorable Sara L. Ellis

El Ranchito Food, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 12, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Joint motion for court approval of settlement and dismissal of Plaintiff's claims [18] is granted. Enter Order of Approval of Settlement and Order of Dismissal of Plaintiff's claims. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.