UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Luis Acosta, on behalf of himself and all other similarly situated persons, known and unknown, ) ) ) ) | |
| Plaintiffs, ) | Case No. 15-cv-8942 |
| ) | Judge Sara L. Ellis |
| v. ) | Magistrate Judge Mary M. Rowland |
| ) | |
| El Ranchito Food, Inc., and Inaam Ayyash individually, ) ) ) | |
| Defendants. ) | |

### ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF <u>DISMISSAL OF PLAINTIFF'S CLAIMS</u>

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Plaintiff's Claims, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement of Plaintiff's Claims.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between Defendants El Ranchito Market, Inc. (incorrectly identified as "El Ranchito Food, Inc."), and Inaam Ayyash (collectively, "Defendants") and Plaintiff as a fair and reasonable settlement of bona fide disputes over the provisions of the Fair Labor Standards Act and the Illinois Minimum Wage Law.

3. Plaintiff's claims are hereby dismissed without prejudice that will become with prejudice on June 30, 2016, absent a motion to enforce the Parties' settlement of this matter, and with each party to bear his or its own attorneys' fees and costs except as otherwise agreed.

**THIS CASE IS CLOSED.**

**DONE AND ORDERED** this 12th day of April 2016.

_____
Honorable Judge Sara L. Ellis