

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

**EXHIBIT A**



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

https://oneview.jpmchase.net/OneView/CARequest.do

5/20/2016



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

https://oneview.jpmchase.net/OneView/CARequest.do

5/20/2016

| | |
|---|---|
| El Ranchito Market Inc<br>12742 Western Ave<br>Blue Island, IL 60406<br><br>JP MORGAN CHASE　　　　40101<br><br>DATE 12/15/2015<br><br>PAY TO THE ORDER OF Luis Acosta or US Dept of Labor　　$ **169.54<br><br>ONE-HUNDRED-SIXTY-NINE AND 54/100************************************** DOLLARS<br><br>Luis Acosta or US Dept of Labor<br>12727 Division St<br>Blue Island, IL 60406<br><br>MEMO  Pay Period: 12/09/2015 - 12/15/2015<br><br>⑊40101⑊  REDACTED  REDACTED<br><br>->071001232<- South Central Bank 20160510<br>08193507010100010000390 | #1<br>Posting Date: 20160510<br>Sequence Number: 108270144089<br>Amount: $169.54<br>Account: REDACTED<br>Routing Transit Number REDACTED<br>Check/Serial Number: 000000040101<br>Bank Number: 111<br>IRD Indicator: 0<br>BOFD: 000000000<br>Capture Source: IV<br>Entry Number: 0000006251<br>UDK: 111160510108270144089<br>Cost Center:<br>Teller Number:<br>Teller Sequence Number:<br>Missing Image: 5<br>PE Indicator: N<br>Application Code: 1<br>Trancode: 000000<br>DB/CR: DB<br>Item Type: P<br>Processing Date: |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved