UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Luis Acosta
                                    Plaintiff,
v.                                                          Case No.: 1:15−cv−08942
                                                            Honorable Sara L. Ellis
El Ranchito Food, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2016:

    MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 11/2/2016. Plaintiff's motion to extend dismissal with prejudice date and enforcement settlement agreement [31] is granted. Defendant is ordered to submit checks to Plaintiff's counsel within one week of this order. The date by which dismissal converts to with prejudice is extended to 11/30/2016. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.